# MEMORANDUM DECISIONS.

---

BROWN et al. v. KINNEY, Revenue Collector. (Circuit Court of Appeals, Second Circuit. May 2, 1905.) No. 232. In Error to the Circuit Court of the United States for the District of Connecticut. W. R. Tillinghast, for plaintiffs in error. F. H. Parker, for defendant in error. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Upon authority of decision of United States Supreme Court in Vanderbilt v. Eidman, 25 Sup. Ct. 331, the judgment (128 Fed. 310) is reversed in open court, and cause remanded, with instructions to overrule the demurrer.

---

THE DEUTSCHLAND. (Circuit Court of Appeals, Second Circuit. April 4, 1905.) No. 193. Appeal from the District Court of the United States for the Southern District of New York. Everett P. Wheeler, for appellant. Harrington Putnam, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. A careful study of the record, aided by the full and able arguments of counsel, has led us to the conclusion that the case was correctly decided in the court below (129 Fed. 964), and that it is unnecessary to attempt to add anything to the very satisfactory opinion delivered by Judge Adams in deciding the case in that court.

---

FERGUSON v. PROVIDENCE–WASHINGTON INS. CO. (Circuit Court of Appeals, Second Circuit. May 8, 1905.) No. 211. Appeal from the District Court of the United States for the Southern District of New York. Le Roy S. Gove, for appellant. James Forrester, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decree affirmed, with interest and costs, on opinion of the District Judge. 125 Fed. 141.